**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 06-50092-01 |
| versus | JUDGE HICKS |
| TARRY CORDELL LONDON | MAGISTRATE JUDGE HORNSBY |

**O R D E R**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the **MOTION TO SUPPRESS** [Doc. No. 22] is **DENIED.**

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 22nd day of January, 2007.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE