UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 06-50092-01 |
| versus | JUDGE HICKS |
| TARRY CORDELL LONDON | MAGISTRATE JUDGE HORNSBY |

**O R D E R**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Motion to Suppress [Doc. No. 22] is **DENIED.**

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 21st day of February, 2007.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE