# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### SHREVEPORT DIVISION

UNITED STATES OF AMERICA   CRIMINAL NO. 06-50092-01

versus        JUDGE HICKS

TARRY CORDELL LONDON   MAGISTRATE JUDGE HORNSBY

## MEMORANDUM ORDER

Before the Court is the defendant's Motion to Withdraw Guilty Plea.  [Doc. No. 92]. Defendant's motion essentially argues that he should be allowed to withdraw his guilty plea because his prior retained counsel, John Cucci, Jr. ("Cucci"),  was arrested for illegal drug use "in the middle of proceedings" and failed to properly advise the defendant before his plea was given.  [Doc. No. 94-2 at 1].  Defendant contends he was forced to hire new counsel because of Cucci's legal problems and "personal issues that arose at a crucial point in his representation."  [Id.]  The government opposes the motion.  [Doc. No. 96]. The defendant failed to file a reply brief.  For the reasons which follow, the motion is denied.

Defendant pled guilty on March 5, 2007.  [Doc. Nos. 54, 56].  During the Rule 11 hearing, the defendant testified, under penalty of perjury, that he had had enough time to discuss his case in full with Cucci and was satisfied with Cucci's representation of his interests.  He testified that he understood the charges against him and the potential consequences of his guilty plea.  He testified that he had graduated from high school and completed two and a half years of college.  The defendant testified that he was pleading guilty because he was, in fact, guilty.  At the conclusion of a lengthy colloquy, this Court found that the defendant's waiver of his rights was knowing and voluntary and his guilty

plea was accepted.  Although the defendant failed to submit evidence on this point, the Court was notified that Cucci was not arrested until April 14, 2007, almost 6 weeks *after* the defendant's guilty plea.

Based on the totality of the circumstances, the Court finds that the defendant has failed to make an adequate showing under the factors set forth in United States v. Carr, 740 F.2d 339 (5th Cir. 1984), to allow him to withdraw his guilty plea.

Therefore:

**IT IS ORDERED** that the defendant's Motion to Withdraw Guilty Plea.  [Doc. No. 92] is hereby **DENIED.**

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 25th day of September, 2007.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE